UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BASSEL DELI, ET AL.,

        Plaintiffs,           25-cv-3159 (JGK)

  - against -           ORDER

UNITED STATES OF AMERICA, ET AL.,

        Defendants.

---

On June 23, 2025, this Court granted the defendants' request for an extension of time to answer and extended the time to answer or respond to the complaint to July 23, 2025. ECF No. 7. To date, no answer or response has been filed.

Accordingly, the time for the defendants to move or answer is extended to **August 13, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

SO ORDERED.

Dated:     New York, New York
             July 30, 2025

                                           John G. Koeltl
                                     United States District Judge