UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BASSEL DELI, et al,
                       Plaintiff(s)

            -against-

UNITED STATES OF AMERICA, et al,
                       Defendant(s).
-------------------------------------------------------------X

25 civ 3159 (JGK)

## ORDER

The conference scheduled for Tuesday, August 5, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 31, 2025